| | | |
|---|---|---|
| **ALEXANDRA LAND & DEVELOPMENT, LLC** | * | **NO. 2025-CA-0216** |
| | * | **COURT OF APPEAL** |
| **VERSUS** | * | **FOURTH CIRCUIT** |
| **CITY OF NEW ORLEANS** | * | **STATE OF LOUISIANA** |
| | * | |
| | * | |

* * * * * * *

*JCL*

**LOBRANO, J., CONCURS IN THE RESULT WITH REASONS**

I concur in the result, but emphasize the policy concern that deadlines counted in hours demand transparency and certainty, or else property owners may be deprived of judicial recourse by technicalities rather than a fair opportunity to be heard. Because the district court should have allowed the matter to proceed on the merits, I concur in the result reached by the majority.